

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2017

No. 04-17-00578-CV

**IN RE** Jeremy Brian **SEAY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On September 12, 2017, Jeremy Brian Seay, relator, filed a petition for a writ of mandamus. The court has considered the petition and is of the opinion the relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See TEX. R. APP. P. 52.8(a).* The Court's opinion will issue at a later date.

It is so **ORDERED** on December 12, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court

---

[1]This proceeding arises out of Cause No. 08-408, styled *Ex parte N.W.S., a Child, and In the Interest of N.W.S., a Child,*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Bill R. Palmer presiding.